UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOMINGO ALONSO VELASQUEZ,

Petitioner,

v.

CHRISTOPHER J. LAROSE, *et al.*,

Respondents.

Case No.:  26-cv-2715-JO-GC

**ORDER TRANSFERRING CASE**

In the interest of "efficient administration of the judicial business of the district," see Civ. L.R. 40.1(a), and because the Court concludes that this case is related to *Velasquez v. Larose, et al.*, 25-cv-3216-JES-AHG (S.D. Cal.), the Court directs the Clerk to immediately reassign this case to Judge James E. Simmons, Jr.  *See Badea v. Cox*, 931 F.2d 573, 575 (9th Cir. 1991) ("District court judges have broad discretion regarding the assignment or reassignment of cases.") (cleaned up); *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (cleaned up).

**IT IS SO ORDERED.**

Dated: April 30, 2026

_____

Hon. Jinsook Ohta
United States District Judge

1

26-cv-2715-JO-GC