UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO ALONSO VELASQUEZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa; TODD M. LYONS, Acting Director of San Diego Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities,<br><br>                              Respondents. | Case No.: 26-cv-2715-JES-GC<br><br>**ORDER VACATING HEARING** |

Before the Court is Petitioner Domingo Alonso Velasquez's ("Petitioner's") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on April 29, 2026 ("Petition"). ECF No. 1. This case was transferred to this Court on April 30, 2026. ECF No. 3. Respondents filed a return to the Petition on May 6, 2026. ECF No. 7.

1

Upon reviewing the pleadings, the Court finds that a hearing is not necessary in this matter and hereby **VACATES** the hearing previously set for May 21, 2026. *See* ECF No. 2.

**IT IS SO ORDERED.**

Dated: May 18, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-2715-JES-GC